IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JOE A. WHALEY, both individually and on behalf of all other similarly situated persons,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>OWL, INC.,<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION NO.:<br>4:18-CV-46-D<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Motion to Approve Settlement. The parties' Joint Motion for Approval of Settlement Agreement asks the Court to approve the settlement agreement executed by the parties on November **30**, 2018, with respect to plaintiff's claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.* and the North Carolina Wage and Hour Act ("NCWHA") asserted in this case. Based on the information presented, the Court finds that the settlement is a fair and reasonable resolution of a bona fide FLSA dispute, has been obtained without any collusion by the parties or their respective counsel, and that the relief requested in the Joint Motion and Supporting Memorandum for Approval of FLSA Settlement Agreement is fair, reasonable, and appropriate.

IT IS THEREFORE ORDERED that the parties' Joint Motion for Approval of FLSA Settlement Agreement is GRANTED, and the Settlement Agreement between the parties is APPROVED. The Court shall retain jurisdiction over this action for a period of thirty (30) days after March 15, 2019, the date that the last payment due under the terms of the Settlement Agreement between the parties is due, to allow for the plaintiff to enforce the Settlement

1

Agreement. At the expiration of that thirty (30) day period, absent motion by one of the parties to this action, this action shall be DISMISSED WITH PREJUDICE.

SO ORDERED. This __3__ day of December 2018.

                                              *J. Dever*
                                           JAMES C. DEVER III
                                           United States District Judge